UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

VIOLA P. BRIGGS, *et al.*,         :
                                    :
         Plaintiffs,                :
                                    :
    v.                              :   Case No. 1:15-cv-00097-JEB
                                    :
DISTRICT OF COLUMBIA, *et al.*,     :
                                    :
         Defendants.                :
                                    :

                    **DEFENDANTS' INITIAL DISCLOSURES**

Defendants District of Columbia Metropolitan Police Department Sergeants Seth R. Anderson and Tiffani Cowan, and Officers Andrew J. Turner IV, James H. Little, Sean Hodges, Kiernan Speight, Willie I. Galtney III, Kim Togans, James O'Bannon, Kris Plumley, John McElhenny, and Investigator Sidney Catlett, and the District of Columbia, by and through counsel and pursuant to Fed. R. Civ. P. 26(a)(1)(A), hereby produce their initial disclosures as follows:

   1.   **Individuals To Support Defenses:**

**MPD Sgt. Seth R. Anderson**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

   Sgt. Anderson will have information regarding the alleged incident involving Plaintiffs on or about January 20, 2012.

**MPD Sgt. Tiffani D. Cowan**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Sgt. Cowan will have information regarding the alleged incident involving Plaintiffs on or about January 20, 2012.

**Officer Andrew J. Turner IV**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Officer Turner will have information regarding the alleged incident involving Plaintiffs on or about January 20, 2012.

**Investigator Sidney L. Catlett**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Investigator Catlett will have information regarding MPD's investigation into the alleged incident involving Plaintiffs on or about January 20, 2012.

**Officer James H. Little**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Officer Little will have information Plaintiffs' complaint to MPD regarding the alleged incident that occurred on or about January 20, 2012.

**Officer Sean Hodges**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Officer Hodges will have information Plaintiffs' complaint to MPD regarding the alleged incident that occurred on or about January 20, 2012.

**Officer Kiernan A. Speight**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Officer Speight will have information Plaintiffs' complaint to MPD regarding the alleged incident that occurred on or about January 20, 2012.

**Officer Willie I. Galtney III**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Officer Galtney will have information Plaintiffs' complaint to MPD regarding the alleged incident that occurred on or about January 20, 2012.

**Sgt. Brian H. Brown**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Officer Brown will have information Plaintiffs' complaint to MPD regarding the alleged incident that occurred on or about January 20, 2012.

**Officer James O'Bannon**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Officer O'Bannon will have information Plaintiffs' complaint to MPD regarding the alleged incident that occurred on or about January 20, 2012.

**Officer Kris Plumley**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Officer Plumley will have information Plaintiffs' complaint to MPD regarding the alleged incident that occurred on or about January 20, 2012.

**Officer John E. McElhenny**
D.C. Metropolitan Police Department
300 Indiana Avenue NW
Washington, DC 20001

Officer McElhenny will have information Plaintiffs' complaint to MPD regarding the alleged incident that occurred on or about January 20, 2012.

In addition to those identified above, Defendants may use the following individuals to support its defenses: any individuals identified by Plaintiffs in their initial disclosures or discovery responses, any individuals identified by Defendants in their discovery responses, any District of Columbia employees who responded to the scene of the alleged incident on January 20, 2012, any other witnesses or individuals who have knowledge regarding the alleged incident, and any individuals deposed by the parties. Finally, Defendants may also call expert witnesses and the District of Columbia may designate a representative to testify on its behalf at trial.

**2.     Documents To Support Defenses:**

- All MPD police reports, investigations, or other documents prepared regarding the alleged January 20, 2012 incident.
- All recordings of any interviews, conversations, or statements with or of any witnesses or other parties with knowledge of the alleged January 20, 2012, incident.
- All reports, notes, or other documents prepared by Plaintiffs' treating physicians;
- Materials submitted by either Plaintiff to the District.
- All other District of Columbia records, reports, or other documents regarding the alleged January 20, 2012, incident.
- All pertinent MPD or other pertinent District of Columbia policies or guidelines, including but not limited to:
    - MPD General Order on disciplinary procedures and processes
    - MPD General Order on Search Warrants
    - MPD General Order on Handling of Service Weapons

- o   MPD General Orders on Use of Force and Use of Force Investigations
- o   MPD General Order on Processing Citizen Complaints
- o   MPD General Order on Duties, Responsibilities and Conduct of Members of the Department

To the extent not identified above, Defendants may also rely on any document they produce in response to any discovery requests in this case, any document Defendants file with the Court (as attachments to briefs or declarations), any document obtained by Defendants from third parties, and any documents produced by either Plaintiff in response to any Defendant's discovery requests.

3. **Computations Of Each Category Of Damages And Evidentiary Support:**

Defendants do not believe that there are any recoverable damages in this case.

4. **Insurance Agreement To Satisfy Possible Judgments:**

The District of Columbia is self-insured.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Patricia A. Oxendine
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section IV

/s/ Shermineh C. Jones
SHERMINEH C. JONES
D.C. Bar No. 499900
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6648; (202) 727-6295 Telephone
(202) 715-7724 Facsimile
shermineh.jones@dc.gov